IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )        3:98cr97-T
JOHNNY HUGHLEY              )          (WO)
```

## OPINION

Defendant filed a motion for reconsideration and an alternative motion for correction of his sentence.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the motions are actually habeas-corpus requests and thus must be denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.  Also before the court are defendant's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of August, 2005.


                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**