IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:98cr97-T |
| JOHNNY HUGHLEY | ) | (WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Defendant's objections (Doc. No. 200) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 199) is adopted.

(3) Defendant's motion for reconsideration and alternative motion for correction of sentence (Doc. No. 184) are denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

DONE, this the 9th day of August, 2005.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE